■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER HANSON, Appellant.—Judgment of the Supreme Court, Kings County, rendered August 7, 1973, affirmed (see *People v Hanson,* 47 AD2d 1002, mot for lv to app den by Breitel, Ch. J., May 30, 1975; *People v Rastelli,* 37 NY2d

240). Martuscello, Acting P. J., Cohalan, Brennan, Munder and Shapiro, JJ., concur.